# United States Court of Appeals
**FIFTH CIRCUIT**
OFFICE OF THE CLERK

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE**
**NEW ORLEANS, LA 70130**

January 29, 2015

Mr. William W. Blevins
U.S. District Court, Eastern District of Louisiana
500 Poydras Street
Room C-151
New Orleans, LA 70130

    No. 14-30987    USA v. Donald Dyer
                         USDC No. 2:98-CR-57-5

Dear Mr. Blevins,

Enclosed is a copy of the judgment issued as the mandate.

                                          Sincerely,

                                          LYLE W. CAYCE, Clerk

                                          By: _____
                                          Shea E. Pertuit, Deputy Clerk
                                          504-310-7666

cc w/encl:
    Mr. James Stuart Baehr
    Mr. Kevin G. Boitmann
    Ms. Diane Hollenshead Copes
    Mr. Donald A. Dyer
    Mr. William Scott Laragy

IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

_____

No. 14-30987
_____

UNITED STATES OF AMERICA,

    Plaintiff - Appellee

v.

DONALD A. DYER, also known as Blabber Dyer,

    Defendant - Appellant

_____

Appeal from the United States District Court for the
Eastern District of Louisiana, New Orleans
_____

CLERK'S OFFICE:

    Under 5TH CIR. R. 42.3, the appeal is dismissed as of January 29, 2015, for want of prosecution.  The appellant failed to timely file appellant's brief.

                                     LYLE W. CAYCE
                                     Clerk of the United States Court
                                     of Appeals for the Fifth Circuit

                                     By: _____
                                     Shea E. Pertuit, Deputy Clerk

                    ENTERED AT THE DIRECTION OF THE COURT

**A True Copy**
**Certified order issued Jan 29, 2015**

**Clerk, U.S. Court of Appeals, Fifth Circuit**