LAED 247 (Rev. 12/14)   Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)        Page 1 of 2 (Page 2 Not for Public Disclosure)

# UNITED STATES DISTRICT COURT
for the

Eastern District of Louisiana

United States of America )
v. )
Donald Dyer )

Case No:  2:98-CR-000057-005

USM No:  25959-034

Date of Original Judgment:  10/18/2000
Dates of Previous Amended
Judgments/Orders: _____

Pro Se
*Defendant's Attorney*

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:

☑DENIED. ☐GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment or order issued)* of _____ months as to count _____ **is reduced to** _____ **months**.

## I. COURT DETERMINATION OF GUIDELINE RANGE *(Prior to Any Departures)*

Previous Total Offense Level: _40_   as of _10/18/2000_   Amended Total Offense Level: _____
Criminal History Category: _IV_                    Criminal History Category: _____
Previous Guideline Range: _360_ to _480_ months   Amended Guideline Range: _____ to _____ months

*(Complete Part II of Page 2 when motion is granted)*
**COMMENTS AND/OR REASONS FOR GRANTING OR DENYING REDUCTION** *(For Public Disclosure)*

Defendant is ineligible for 3582 sentence reduction. There is no change in the Base Offense Level.

Except as otherwise provided, all provisions of the judgment dated   10/18/2000   shall remain in effect.

**IT IS SO ORDERED**.

Order Date: _____05/12/2017_____

_____
*Judge's signature*

Effective Date: _____11/30/2015_____
*(No earlier than Nov. 1, 2015, for Amd. 782 sentence reductions.)*

Ivan L.R. Lemelle, Senior United States District Judge
*Printed name and title*