UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

DONALD DYER,

    Defendant,

v.

    No.: 98-57
    Section "B"(2)

UNITED STATES OF AMERICA,

    Respondent.

## NOTICE OF APPEAL

Notice is hereby given that Donald Dyer, Defendant, Pro Se, in the above entitled matter, appeals to the United States Court of Appeals for the Fifth Circuit from the final **Order**, **MOTION FOR SENTENCE REDUCTION** entered in this action on May 25, 2017.

I hereby declare under the penalty of perjury that the foregoing is true and correct. Executed on this 4 day of June, 2017.

    Donald Dyer, Pro-Se
    Reg. No.# 25959-034
    F-3 126
    F.C.I. Pollock
    P.O. Box 4050
    Pollock, LA. 71467

Donald DYER #259159-034
F-3 126
F.C.I. Pollock
P.O. Box 4050
Pollock, LA. 71467

SHREVEPORT LA 710
05 JUN 2017 PM 2 L

CLERK'S OFFICE
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS, LA. 70130