UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CRIMINAL ACTION** |
| **VERSUS** | **NO. 98-57** |
| **DONALD DYER** | **SECTION "B"** |

### ORDER

Considering the "Ex Parte Motion to Appoint Counsel" (Rec. Doc. 447) and "Ex Parte Motion for Leave to File Appeal In Forma Pauperis" (Rec. Doc. 461)

**IT IS ORDERED** that the motion to Appoint Counsel is **DENIED**. The Motion for Leave to File Appeal In Forma Pauperis is **GRANTED**.

New Orleans, Louisiana, this 26th day of July, 2017.

_____
SENIOR UNITED STATES DISTRICT JUDGE