```
                UNITED STATES DISTRICT COURT
                EASTERN DISTRICT OF LOUISIANA
```

**UNITED STATES OF AMERICA**                           **CRIMINAL ACTION**

**VERSUS**                                             **NO.98-57**

**DONALD DYER**                                        **SECTION "B"**

<u>**ORDER**</u>

Considering Criminal Defendant Donald Dyer's ("Petitioner") "Motion to Take Judicial Notice of Amendment (790) and Consider an Additional Reduction" Under the 18 U.S.C § 3553(A) Factors (Rec. Doc. 448),

**IT IS ORDERED** that the Motion to Take Judicial Notice of Amendment (790) and Consider an Additional Reduction is **DISMISSED as moot** (Rec. Doc. 448).

Petitioner pleaded guilty to conspiring to possess 100 grams of heroin with intent to distribute in violation of 21 U.S.C. §§ 841 and 846 on March 12, 1998, and the Court sentenced him to imprisonment for a term of 480 months on June 24, 1999. (Rec. Doc. 213). Thereafter, Petitioner appealed that sentence, challenging the Court's assessment of a substantial increase in his base offense level, and the Fifth Circuit vacated on the grounds that there was insufficient evidence to find that certain murders considered during sentencing were "relevant conduct" within the federal sentencing guidelines and remanded for re-sentencing. (Rec. Doc. 241 at 3). The Court then re-sentenced petitioner to

imprisonment for a term of 400 months. (Rec. Doc. 256). Petitioner appealed a second time and the Fifth Circuit affirmed. (Rec. Doc. 266). Roughly a year later Dyer sought and was denied relief under 28 U.S.C. § 2255. (Rec. Doc. 291).

Since his re-sentencing, Petitioner has engaged in a myriad of attempts to have his sentence reduced by this Court without success. Petitioner's most recent attempt to reduce his sentence was denied by this Court its May 12, 2017 Order (Rec. Doc. 450), denying the Petitioner's Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2). This Court was well-aware of the Petitioner's role and extensive involvement in a serious drug trafficking conspiracy, and the record shows full consideration of all § 3553 factors for sentencing. As a result, the Petitioner's Motion to Take Judicial Notice of Amendment (790) and Consider an Additional Reduction is **DISMISSED as moot** (Rec. Doc. 448).

New Orleans, Louisiana, this 28th day of August, 2017.

_____
SENIOR UNITED STATES DISTRICT JUDGE