IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 17-30498

_____

UNITED STATES OF AMERICA,

    Plaintiff - Appellee

v.

DONALD A. DYER, also known as Blabber Dyer,

    Defendant - Appellant

_____

Appeal from the United States District Court for the
Eastern District of Louisiana, New Orleans

_____

**A True Copy**
**Certified order issued Nov 13, 2017**

*Tyle W. Cayce*

**Clerk, U.S. Court of Appeals, Fifth Circuit**

Before PRADO, ELROD, and GRAVES, Circuit Judges.

PER CURIAM:

    IT IS ORDERED that appellee's unopposed motion to vacate order denying motion for sentence reduction is GRANTED.

    IT IS FURTHER ORDERED that appellee's unopposed motion to remand case to the District Court for further consideration is GRANTED.

IT IS FURTHER ORDERED that appellee's unopposed alternative motion to extend time to file appellee's brief 30 days after the denial of the motion to vacate and remand is DENIED