```
HOUGY              *      INMATE DISCIPLINE DATA       *      09-18-2020
PAGE 001           *    CHRONOLOGICAL DISCIPLINARY RECORD  *    16:56:08

REGISTER NO: 25959-034 NAME..: DYER, DONALD A
FUNCTION...: PRT      FORMAT: CHRONO    LIMIT TO ___ MOS PRIOR TO 09-18-2020

------------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 3169528 - SANCTIONED INCIDENT DATE/TIME: 09-14-2018 0655
DHO HEARING DATE/TIME: 09-27-2018 0820
FACL/CHAIRPERSON.....: POM/A THOMAS
REPORT REMARKS.......: INMATE WAS OBSERVED BY STAFF FIGHTING WITH ANOTHER
                       INMATE, ADMITS.
   201  FIGHTING WITH ANOTHER PERSON - FREQ: 1
        DIS GCT     / 27 DAYS / CS
        COMP:010 LAW:P    PLRA INMATE
        DS          / 30 DAYS / CS
                    FROM: 09-27-2018  THRU: 10-26-2018
        COMP:       LAW:
        LP EMAIL    / 90 DAYS / CS / SUSPENDED 60 DAYS
        COMP:       LAW:    SUSPENDED PENDING CLEAR CONDUCT
        LP VISIT    / 90 DAYS / CS
                    FROM: 09-27-2018  THRU: 12-25-2018
        COMP:       LAW:
------------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 3086227 - SANCTIONED INCIDENT DATE/TIME: 02-06-2018 0930
UDC HEARING DATE/TIME: 02-08-2018 1347
FACL/UDC/CHAIRPERSON.: POM/F UNIT/DICKSON
REPORT REMARKS.......: INMATE STATED "I PUSHED THE CART".
   305  POSSESSING UNAUTHORIZED ITEM - FREQ: 1
        LP COMM     / 30 DAYS / CS / SUSPENDED 90 DAYS
        COMP:       LAW:    LOSS OF COMMISSARY SUS PEND CLEAR CONDUCT
------------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 2747329 - SANCTIONED INCIDENT DATE/TIME: 07-20-2015 1705
DHO HEARING DATE/TIME: 09-25-2015 1400
FACL/CHAIRPERSON.....: COP/A. RICH
APPEAL CASE NUMBER(S): 834857
REPORT REMARKS.......: REHEARING ORDERED BY SERO; DHO FOUND I/M GUILTY OF
                       USE OF NARCOTICS
   112  USE OF DRUGS/ALCOHOL - FREQ: 1 ATI: DDB
        DIS GCT     / 41 DAYS / CS
        COMP:010 LAW:P    GOOD TIME ALREADY TAKEN
        DS          / 30 DAYS / CS / SUSPENDED 90 DAYS
        COMP:       LAW:    DS ALREADY SERVED
        LP COMM     / 90 DAYS / CS
        COMP:       LAW:
------------------------------------------------------------------------------
REPORT NUMBER........: 2747329 (REHEARD 09-25-2015 1400)
DHO HEARING DATE/TIME: 08-24-2015 1053




G0002         MORE PAGES TO FOLLOW . . .
```

GOVERNMENT EXHIBIT A

```
HOUGY            *       INMATE DISCIPLINE DATA         *      09-18-2020
PAGE 002         *    CHRONOLOGICAL DISCIPLINARY RECORD *      16:56:08

REGISTER NO: 25959-034 NAME..: DYER, DONALD A
FUNCTION...: PRT       FORMAT: CHRONO    LIMIT TO ___ MOS PRIOR TO 09-18-2020

------------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 2508157 - SANCTIONED INCIDENT DATE/TIME: 10-16-2013 0445
DHO HEARING DATE/TIME: 12-26-2013 0930
FACL/CHAIRPERSON.....: THP/GEORGE, J
REPORT REMARKS.......: PLEAD GUILTY TO USING MORPHINE
    112  USE OF DRUGS/ALCOHOL - FREQ: 1 ATI: DDB
         DIS GCT    / 31 DAYS / CS
         COMP:010 LAW:P
         LP COMM    / 90 DAYS / CS
         COMP:    LAW:
         LP VISIT   / 90 DAYS / CS
         COMP:    LAW:    ALL VISITS
------------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 2380839 - SANCTIONED INCIDENT DATE/TIME: 11-28-2012 1050
DHO HEARING DATE/TIME: 02-18-2013 0800
FACL/CHAIRPERSON.....: THP/EZEKIEL
REPORT REMARKS.......: MAIL ABUSE
    296  MAIL ABUSE, DISRUPT MONITORING - FREQ: 1
         DIS GCT    / 27 DAYS / CS
         COMP:010 LAW:P
         LP EMAIL   / 60 DAYS / CS
         COMP:    LAW:
------------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 2382942 - SANCTIONED INCIDENT DATE/TIME: 12-05-2012 1240
UDC HEARING DATE/TIME: 12-11-2012 1240
FACL/UDC/CHAIRPERSON.: THP/B/C/D. BEDFORD
REPORT REMARKS.......: I PLEAD GUILTY
    326  POSSESSING GAMBL PARAPHERNALIA - FREQ: 1
         LP VISIT   / 30 DAYS / CS
         COMP:    LAW:    LOSS OF 30 DAYS VISITS TO DETER BEHAVIOR.
------------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 2185951 - SANCTIONED INCIDENT DATE/TIME: 07-13-2011 1159
DHO HEARING DATE/TIME: 07-23-2011 1725
FACL/CHAIRPERSON.....: LEE/TREES
REPORT REMARKS.......: ADMITTED ACT.
    201  FIGHTING WITH ANOTHER PERSON - FREQ: 1
         DIS GCT    / 27 DAYS / CS
         COMP:010 LAW:P
         DS         / 30 DAYS / CS / SUSPENDED 90 DAYS
         COMP:    LAW:
         LP COMM    / 90 DAYS / CS
         COMP:    LAW:




G0002       MORE PAGES TO FOLLOW . . .
```

```
 HOUGY              *        INMATE DISCIPLINE DATA         *      09-18-2020
PAGE 003            *     CHRONOLOGICAL DISCIPLINARY RECORD *       16:56:08

REGISTER NO: 25959-034 NAME..: DYER, DONALD A
FUNCTION...: PRT       FORMAT: CHRONO    LIMIT TO ___ MOS PRIOR TO 09-18-2020

------------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 2170892 - SANCTIONED INCIDENT DATE/TIME: 06-04-2011 1149
DHO HEARING DATE/TIME: 06-10-2011 0955
FACL/CHAIRPERSON.....: LEE/RUPERT
REPORT REMARKS.......: I/M USED FISTS DURING ASSLT I/M. ADMITS
   224  ASSAULTING W/O SERIOUS INJURY - FREQ: 1 ATI: IF2 RFP: D
        DIS GCT     / 27 DAYS / CS
        COMP:010 LAW:P
------------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 2025090 - SANCTIONED INCIDENT DATE/TIME: 06-07-2010 1330
DHO HEARING DATE/TIME: 06-17-2010 1150
FACL/CHAIRPERSON.....: MEM/LOSIEWICZ
REPORT REMARKS.......: ADMITTED POSSESSING A CELLULAR TELEPHONE
   108  POSSESSING A HAZARDOUS TOOL - FREQ: 1 ATI: ??? RFP: ?
        DIS GCT     / 40 DAYS / CS
        COMP:010 LAW:P
        DS          / 30 DAYS / CS / SUSPENDED 180 DAYS
        COMP:    LAW:
        DS          / 30 DAYS / CS
        COMP:    LAW:
        LP PHONE    / 12 MONTHS / CS
        COMP:    LAW:    EFFECTIVE 06-17-2010 TO 06-16-2011
        LP VISIT    / 12 MONTHS / CS
        COMP:    LAW:    EFFECTIVE 06-17-2010 TO 06-16-2011
        TRANSFER    / CS
        COMP:    LAW:
------------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 893877 - SANCTIONED  INCIDENT DATE/TIME: 06-14-2001 0745
DHO HEARING DATE/TIME: 06-26-2001 0900
FACL/CHAIRPERSON.....: LVN/ANDERSON
REPORT REMARKS.......: MR DYER REFUSED TO MAKE ANY COMMENTS AT THE DHO HEARING
   112  USE OF DRUGS/ALCOHOL - FREQ: 2 ATI: ???
        DIS GCT     / 40 DAYS / CS
        COMP:010 LAW:P
        DS          / 30 DAYS / CS
        COMP:    LAW:
        LP COMM     / 90 DAYS / CS
        COMP:    LAW:
        LP PHONE    / 90 DAYS / CS
        COMP:    LAW:




 G0002          MORE PAGES TO FOLLOW . . .
```

```
  HOUGY           *         INMATE DISCIPLINE DATA            *     09-18-2020
PAGE 004          *     CHRONOLOGICAL DISCIPLINARY RECORD     *     16:56:08

REGISTER NO: 25959-034 NAME..: DYER, DONALD A
FUNCTION...: PRT       FORMAT: CHRONO     LIMIT TO ___ MOS PRIOR TO 09-18-2020

-----------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 803228 - SANCTIONED  INCIDENT DATE/TIME: 07-27-2000 1755
DHO HEARING DATE/TIME: 08-16-2000 1020
FACL/CHAIRPERSON.....: LVN/FERRITOR
APPEAL CASE NUMBER(S): 221494
REPORT REMARKS.......: ADMITS GUILT
    112  USE OF DRUGS/ALCOHOL - FREQ: 1 ATI: ???
         DIS GCT     / 40 DAYS / CS
         COMP:010 LAW:P
         DS          / 30 DAYS / CS
         COMP:    LAW:
         FF NVGCT    / 26 DAYS / CS
         COMP:010 LAW:P
         LP COMM     / 180 DAYS / CS
         COMP:    LAW:
         LP PHONE    / 180 DAYS / CS
         COMP:    LAW:    BEGIN ON 10-21-2000
-----------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 795711 - SANCTIONED  INCIDENT DATE/TIME: 07-06-2000 1335
DHO HEARING DATE/TIME: 07-21-2000 0820
FACL/CHAIRPERSON.....: LVN/FERRITOR T
APPEAL CASE NUMBER(S): 220633
REPORT REMARKS.......: I/M ADMITS BUT ATTEMPTS TO JUSTIFY HIS ACTIONS
    208  INTERFERING WITH SECRY DEVICES - FREQ: 1
         DIS GCT     / 27 DAYS / CS
         COMP:010 LAW:P    DISALLOW 27 DAYS GCT
         LP PHONE    / 90 DAYS / CS
         COMP:    LAW:    90 DAYS PHONE RESTRICTION
-----------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 731079 - SANCTIONED  INCIDENT DATE/TIME: 11-16-1999 0740
DHO HEARING DATE/TIME: 12-01-1999 0829
FACL/CHAIRPERSON.....: LVN/FERRITOR T
APPEAL CASE NUMBER(S): 204384
REPORT REMARKS.......: I/M CLAIMS SET-UP; PROVIDED NO CREDIBLE EVIDENCE TO
                       SUPPORT; FOUND GUILTY
    113  POSSESSING DRUGS/ALCOHOL - FREQ: 1 ATI: ???
         DIS GCT     / 27 DAYS / CS
         COMP:010 LAW:P    DISALLOW 27 DAYS GCT;BELOW GUIDELINES DUE TO POSS.
                           MITIGATING FACTOR;CELLIE RUNS STORE CLAIMS REASON
         DS          / 30 DAYS / CS
         COMP:    LAW:    30 DAYS DISCIPLINARY SEGREGATION
         LP COMM     / 90 DAYS / CS
         COMP:    LAW:    LOSS OF COMMISSARY X 90 DAYS, ENDS2/28/2000
         LP PHONE    / 90 DAYS / CS
         COMP:    LAW:    LOSS OF SOCIAL PHONE X 90 DAYS; ENDS 2/28/2000


G0002        MORE PAGES TO FOLLOW . . .
```

```
REGISTER NO: 25959-034 NAME..: DYER, DONALD A
FUNCTION...: PRT      FORMAT: CHRONO    LIMIT TO ___ MOS PRIOR TO 09-18-2020

------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 712316 - SANCTIONED  INCIDENT DATE/TIME: 09-08-1999 1353
UDC HEARING DATE/TIME: 09-10-1999 0945
FACL/UDC/CHAIRPERSON.: LVN/BU/PFLUGRADT
REPORT REMARKS.......: 30 DAYS LOSS OF PHONE
   406   USING PHONE OR MAIL W/O AUTH - FREQ: 1
         LP PHONE    / 30 DAYS / CS
         COMP:    LAW:    30 DAYS LOSS OF PHONE
                          BEGINNG 9-10-1999 ENDING 10-09-1999




G0005        TRANSACTION SUCCESSFULLY COMPLETED - CONTINUE PROCESSING IF DESIRED
```